[No. 12879-2-III.     Division Three.     June 2, 1994.]

CINDY SAMS, *Respondent*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-2-03363-6, Harold D. Clarke, J., entered November 13, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J. Withdrawn November 8, 1994. See 76 Wn.App. 1018.

[No. 12788-5-III.     Division Three.     June 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN B. CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 92-1-00111-7, Yancey Reser, J., entered September 15, 1992. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 16152-4-II.     Division Two.     June 3, 1994.]

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Appellant*, v. ROBERT W. KIENOW, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-11567-8, Thomas R. Sauriol, J., entered May 15, 1992. *Reversed* by unpublished opinion per Alexander, J., concurred in by Seinfeld, A.C.J., and Houghton, J.